FILED
JAMES J. VILT, JR. - CLERK

APR 15 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Kentucky__
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Evangeline Antionette Allen

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Byron Zebedee Newton, Samuel Maxine Henderson, and Michael Henderson

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:24cv-236-DJH

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Evangeline Antionette Allen |
   | Street Address | 107 Fenley Avenue, #T-10 |
   | City and County | Louisville, Jefferson County |
   | State and Zip Code | Kentucky 40207 |
   | Telephone Number | 502-294-2895 |
   | E-mail Address | evanewton1974@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Byron Zebedee Newton |
   | Job or Title (if known) | Disabled |
   | Street Address | 5022 Hames Trace |
   | City and County | Louisville, Jefferson County |
   | State and Zip Code | Kentucky 40291 |
   | Telephone Number | 502-953-9051 |
   | E-mail Address (if known) | newtonbyrong@gmail.com |

   Defendant No. 2

   | | |
   |---|---|
   | Name | Samuel Maxine Henderson |
   | Job or Title (if known) | Retired |
   | Street Address | 4909 Ulrich Road |
   | City and County | Louisville, Jefferson County |

        State and Zip Code   Kentucky 40299

        Telephone Number   502-491-1198

        E-mail Address
(if known)

Defendant No. 3

        Name   Michael Henderson

        Job or Title   Retired
(if known)

        Street Address   4909 Ulrich Road

        City and County   Louisville, Jefferson County

        State and Zip Code   Kentucky 40299

        Telephone Number   502-491-1198

        E-mail Address
(if known)

Defendant No. 4

        Name

        Job or Title
(if known)

        Street Address

        City and County

        State and Zip Code

        Telephone Number

        E-mail Address
(if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Mail Fraud under statute 18 U.S.C. 1341, Offenses Against Children under Statute 18 U.S.C. 3283,

Stalking under Statute 18 U.S.C. 2261A, Assaults Within Maritime and Territorial Jurisdiction under Statute

18 U.S.C.113, Perjury under Statute 18 U.S.C. 1623

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am seeking $1,000,000 which includes Attorney's fees, monetary damages, and emotional distress.

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

PLEASE SEE ATTACHED

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want the abuse to stop! I have PTSD from the Domestic Violence as well as from the abuse that is being inflicted upon me and our special needs child. The Defendant is also responsible for the trauma that was inflicted on my daughter as a child and she still suffers because of it. This is why I am suing for $1,000,000.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 12, 2024.

Signature of Plaintiff  *Evangeline Allen*
Printed Name of Plaintiff  Evangeline Allen

B. **For Attorneys**

Date of signing: _____, 20__.

The Defendant Byron Zebedee Newton has:

1. When leaving the Marital home with my children in April 2022, I did not let the Defendant know where I was moving to because of Domestic Violence during the marriage which included, strangulation, marital rape, sexual coercion, being pushed against walls, and emotional abuse.

2. Then somehow tracked down my address and fraudulently claimed it as his own by having all his mail and packages sent to my house and showed up at my house. The Defendant in no way was invited to my home or was ever on the lease at that residence. Our divorce was final April 25, 2022.

3. Committed Perjury by filing court documents under oath stating that I left the marital home, and he did not know where I was located while having these court documents mailed to the address where we shared the marital home while using my new address for malicious intent. He knew the whole time where I was located.

4. Abused my daughter as a child, which was his stepdaughter at the time, while I would go to work to pay the bills. My daughter was so afraid and intimidated that she did not tell me what was happening to her until she was sure that we were leaving. The abuse would include having her face shoved into her bed while being beat with a belt, emotional abuse such as telling her that she stinks and children like her need to be sent away, coming in her room unannounced while she was getting undressed, he would also come in the bathroom unannounced while she was about to shower. His excuse was that he was vision impaired, and he could not see anything.

5. Has unsupervised visits with our child that has Autism Spectrum Disorder Level 2, and he beats him with a belt and allows the Defendants, Samuel Maxine Henderson, his mother, and Michael Henderson, his stepfather, to beat our special needs child with a belt also.

6. Bound our special needs child with tape because he pulls on the front of his shirt. Our child does not like a lot of clothes due to his Autism or he will use his shirt to stim. He was told by the defendant that he needed to learn a lesson to stop pulling on his shirt. The Defendant told the CPS Worker that the tape was only 4 to 6 inches long and that they were playing a game. I would like to know what kind of game do you play with children that involves bounding them with tape? Our special needs child made it clear that it was not a game, and he was bound

with tape to be taught a lesson. Our special needs child said that he has more tape that the Defendant has more tape that he has also been bound with at night before going to bed at night while visiting the Defendant.

7. Continued to lie under oath and file fraudulent motions just to get me into trouble. I am being harassed about my mental health despite having TWO Psychological Evaluations and I go to Therapy once a week. The Defendant continues to lie to the courts and CPS while trying to defame me and he also makes our special needs child look like a liar. Our special needs child knows the color of the belts that he is being beat with, but he continues to lie and say that it is me telling our special needs child to say that he is being beat with a belt when I am not aware of the color of any of the Defendant's garments. I want to keep away from the Defendant.

8. Has hacked into my Amazon account but getting the information from a legal document. I had to move again from the address that the Defendant stole because we did not feel safe. And the Defendant also decided to move WALKING DISTANCE from our previous address. I fired my attorney at the time, and I practically begged her not to give out my personal information, but she did it anyway.

9. Inflicts emotional abuse as well as physical abuse on our special needs son. The Defendant calls him a snitch for telling what his father does to him and he also refers to our special needs child as being slow. The Defendant has also kicked, punched in the face, and punched our special needs child in the face.

Evangeline Allen
107 Fenley Avenue, #T-10
Louisville, Kentucky 40207

Retail  
U.S. POSTAGE PAID
USPS Ground Advtg
LOUISVILLE, KY 40231
APR 12, 2024
40202
$5.00
RDC 01   0 Lb 2.70 Oz   R2304M115676-55

FILED
JAMES J. VILT, JR. - CLERK
APR 15 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

U.S. District Court Clerk
601 West Broadway
Louisville, Ky. 40202

USPS TRACKING® #
9500 1105 7437 4103 3963 65