UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

EVANGELINE ANTIONETTE ALLEN,                                                    Plaintiff,

v.                                                                                        Civil Action No. 3:24-cv-236-DJH

BYRON ZEBEDEE NEWTON et al.,                                                    Defendants.

\* \* \* \* \*

## ORDER

In accordance with the Court's prior Order (Docket No. 13), it is hereby

**ORDERED** that Plaintiff's motion for leave to file a redacted exhibit (D.N. 14) is **GRANTED**. The redacted exhibit shall replace the original exhibit (D.N. 12-13) in the record of this matter.

July 8, 2024

David J. Hale, Judge
United States District Court

1